L. SCOTT OLIVER
CA #174824
Husch Blackwell LLP
355 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
Telephone: (213) 356-2968
Facsimile: (213) 337-6551
scott.oliver@huschblackwell.com

MICHAEL T. RAUPP (pro hac vice forthcoming)
CYNTHIA L. CORDES (pro hac vice forthcoming)
RYANN A. GLENN (pro hac vice forthcoming)
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
cynthia.cordes@huschblackwell.com
ryann.glenn@huschblackwell.com

Attorneys for Plaintiff
TRIUMPH FOODS, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRIUMPH FOODS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health,<br><br>   Defendants. | Case No. 2:25-cv-09063-WLH-AJR<br><br>**PLAINTIFF TRIUMPH FOODS, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**<br><br>Unlimited Civil Case<br><br>Judge: Wesley L. Hsu<br>Trial Date: Not Set<br>Action Filed: September 23, 2025 |

Plaintiff Triumph Foods, LLC submits the following corporate disclosure statement and certificate of interested parties, as required under Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1.

Triumph Foods, LLC is a limited liability company with no parent corporation and no publicly held corporation owns 10% or more of its stock.

## **CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiff Triumph Foods, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Christensen Farms Midwest, LLC
2. The Hanor Company of Wisconsin, LLC
3. New Fashion Pork, LLP
4. Eichelberger Farms, Inc.
5. Allied Producers' Cooperative
6. Seaboard Foods, LLC
7. Seaboard Corporation

Dated: October 2, 2025.

TRIUMPH FOODS LLC, Plaintiff.

By: */s/ L. Scott Oliver*
L. SCOTT OLIVER
CA #174824
Husch Blackwell LLP
355 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
Telephone: (213) 356-2968
Facsimile: (213) 337-6551
scott.oliver@huschblackwell.com

CYNTHIA L. CORDES (*pro hac vice forthcoming*)
MICHAEL A. RAUPP (*pro hac vice forthcoming*)
RYANN A. GLENN (*pro hac vice forthcoming*)
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
cynthia.cordes@huschblackwell.com
michael.raupp@huschblackwell.com
ryann.glenn@huschblackwell.com

*Attorneys for Triumph Foods, LLC*

# CERTIFICATE OF SERVICE

Case Name: ***Triumph Foods, LLC***               Case No. 2:25-cv-09063-WLH-AJR
               ***v. Rob Bonta, et al.***

I hereby certify that on October 2, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFF TRIUMPH FOODS, LLC'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PARTIES**

I certify that **all** participants in the case are not registered CM/ECF users and that service will be accomplished by personal service and/or waiver of service of summonses.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 2, 2025, at Los Angeles, California.

| L. Scott Oliver | /s/ L. Scott Oliver |
|---|---|
| Declarant | Signature |