CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Triumph Foods, LLC<br><br>v.<br><br>Rob Bonta et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-09063-WLH-AJRx<br><br>**ORDER RE OBJECTION TO RELATED CASE TRANSFER** |

An objection to the Notice of Related Cases or an objection to a proposed related case transfer order has been filed in this action. As set forth in the General Order in the Matter of Assignment of Cases and Duties to District Judges, the Judges assigned to the cases identified as related have reviewed the Notice of Related Cases and objection(s) and conclude as follows:

Judge assigned high number case identified as related:

[X] The cases are related.

OR

[ ] The cases are not related.

10/30/25
Date

_____
United States District Judge

Judge assigned low number case identified as related:

[X] The cases are related.

OR

[ ] The cases are not related.

11/7/25
Date

_Christine A. Snyder_
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

[ ] The Judges assigned to the cases identified as related do not agree that the cases are related. No transfer will occur.

OR

[X] The Judges assigned to the cases identified as related agree that the cases are related. Pursuant to the Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this matter has been reassigned to the calendar of District Judge _Christina A. Snyder_. Any discovery matters that are or may be referred to a magistrate judge are hereby transferred from Magistrate Judge _N/A_ to Magistrate Judge _A. Joel Richlin_. On all documents subsequently filed in this case, please substitute the initials _CAS_ after the case number in place of the initials of the prior judge, so that the case number will read _2:25-cv-09063-CAS-AJRx_. This is very important because the documents are routed to the assigned judges by means of these initials.