Rob Bonta
Attorney General of California
Anna Ferrari
Supervising Deputy Attorney General
James R. Bowen
Deputy Attorney General
State Bar No. 334879
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6079
 E-mail:  James.Bowen@doj.ca.gov
*Attorneys for Defendants Rob Bonta, Karen Ross,*
*and Erica Pan, in their Official Capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIUMPH FOODS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health,**<br><br>Defendants. | Case No. 2:25-cv-09063-CAS-AJRx<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:          January 5, 2025<br>Time:          10:00 a.m.<br><br>Courtroom:  8B (8th Floor)<br>Judge:         Hon. Christina A. Snyder<br>Trial Date:   Not Set<br>Action Filed: September 23, 2025 |

**TO THE COURT, PLAINTIFF, AND PLAINTIFF'S ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 5, 2025, at 10:00 a.m., Defendants Rob Bonta, in his official capacity as Attorney General of California; Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture; and Erica Pan, in her official capacity as Director of the California Department of Public Health (collectively, Defendants), will move for an order dismissing the Complaint of Plaintiff Triumph Foods, LLC. Defendants brings this motion under Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1)    The Federal Meat Inspection Act does not preempt Proposition 12 (First and Second Causes of Action);

2)    The Complaint's claims brought under 42 U.S.C. § 1983 are time-barred by the applicable statute of limitations (Third, Fourth, and Fifth Causes of Action);

3)    The Complaint does not plausibly allege a violation of the Commerce Clause (Third Cause of Action);

4)    The Complaint does not plausibly allege a violation of the Due Process Clause (Fourth Cause of Action); and

5)    The Complaint does not plausibly allege a violation of the Import-Export Clause (Fifth Cause of Action).

The motion is based on this notice, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, all pleadings and papers on file, and such additional argument as may be presented at oral argument, if requested by the Court.

///

///

///

///

///

1

1    Dated:  December 1, 2025                    Respectfully submitted,

2                                               ROB BONTA
                                                Attorney General of California
3                                               ANNA FERRARI
4                                               Supervising Deputy Attorney General

5

6                                               /s/ *James R. Bowen*
                                               _____
7                                               JAMES R. BOWEN
                                                Deputy Attorney General
8                                               *Attorneys for Defendants Rob Bonta,*
                                                *Karen Ross, and Erica Pan, in their*
9                                               *Official Capacities*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case
Name:    **Triumph Foods, LLC v.
Rob Bonta, et al.**

Case No.    **2:25-cv-09063-CAS-AJRx**

I hereby certify that on <u>December 1, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>December 1, 2025</u>, at Los Angeles, California.

Linda Zamora
Declarant

Signature

SA2025305435