ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General
JAMES R. BOWEN
Deputy Attorney General
State Bar No. 334879
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6079
  E-mail:  James.Bowen@doj.ca.gov
*Attorneys for Defendants Rob Bonta, Karen Ross,
and Erica Pan, in their Official Capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIUMPH FOODS, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health,**<br><br>                    Defendants. | Case No. 2:25-cv-09063-CAS-AJRx<br><br>**DECLARATION OF JAMES BOWEN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO LOCAL RULE 7-3**<br><br>Date:       January 5, 2025<br>Time:      10:00 a.m.<br>Courtroom: 8B (8th Floor)<br>Judge:     Hon. Christina A. Snyder<br>Trial Date: Not Set<br>Action Filed: September 23, 2025 |

1  I, James R. Bowen, declare under penalty of perjury that the following is true
2  and correct:
3   1.  I am an attorney licensed to practice law in the State of California and
4  admitted to the bar of this Court.  I am a deputy attorney general in the Office of the
5  Attorney General, California Department of Justice, and counsel to Defendants Rob
6  Bonta, Karen Ross, and Erica Pan, in their official capacities (collectively,
7  Defendants) in this action. I make this declaration in support of Defendants' Motion
8  to Dismiss Plaintiff Triumph Foods, LLC (Triumph)'s Complaint.
9   2.  I am over the age of 18 and have personal knowledge of all the facts
10  stated herein. If called as a witness, I could and would testify competently to the
11  matters set forth below.
12   3.  Pursuant to Local Rule 7-3, I met and conferred with Triumph's
13  counsel on November 19, 2025, via videoconferencing software.
14   4.  During the meet and confer, I discussed with Triumph's counsel the
15  substance of Defendants' Motion to Dismiss Triumph's Complaint, including
16  Defendants' positions as to each of Triumph's causes of action.
17   5.  The parties were unable to reach a consensus during the meet and
18  confer that would have obviated the filing of Defendants' Motion to Dismiss.
19
20  I declare under penalty of perjury under the laws of the United States that the
21  foregoing is true and correct.
22
23  Executed on November 21, 2025, at Santa Ana, California.
24                             /s/ *James R. Bowen*
25                                 James Bowen
26
27
28

1

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Triumph Foods, LLC v. Rob Bonta, et al.** | Case No. | **2:25-cv-09063-CAS-AJRx** |

I hereby certify that on <u>December 1, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DECLARATION OF JAMES BOWEN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO LOCAL RULE 7-3**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>December 1, 2025</u>, at Los Angeles, California.

| Linda Zamora | *[signature]* |
|---|---|
| Declarant | Signature |

SA2025305435