IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIUMPH FOODS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-09063-CAS-AJRx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:　　　January 5, 2025<br>Time:　　　10:00 a.m.<br><br>Courtroom: 8B (8th Floor)<br>Judge:　　　Hon. Christina A. Snyder<br>Trial Date: Not Set<br>Action Filed: September 23, 2025 |

The Court, having read and considered the Motion to Dismiss filed on behalf of Defendants Rob Bonta, in his official capacity as Attorney General of California; Karen Ross, in her official capacity as Secretary of the California Department of Food & Agriculture; and Erica Pan, in her official capacity as Director of the California Department of Public Health, all papers filed in support and opposition thereto, and the applicable law and record before the Court, finds that Plaintiff Triumph Foods, LLC (Triumph) has failed to state a claim upon which relief can be granted, and further finds that amendment to the Complaint would be futile. Accordingly, the Court hereby DISMISSES Triumph's Complaint without leave to amend.

**IT IS SO ORDERED**.

Dated: _____          _____
                                              Hon. Christina A. Snyder

# CERTIFICATE OF SERVICE

| Case Name: | **Triumph Foods, LLC v. Rob Bonta, et al.** | Case No. | **2:25-cv-09063-CAS-AJRx** |
|---|---|---|---|

I hereby certify that on <u>December 1, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>December 1, 2025</u>, at Los Angeles, California.

| Linda Zamora | *[signature]* |
|---|---|
| Declarant | Signature |

SA2025305435