# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIUMPH FOODS, LLC, | Case No. 2:25-CV-09063-CAS-AJR |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON JOINT STIPULATION SETTING PROPOSED BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |
| ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health, | The Honorable Christina Snyder |
| Defendants. | |

Having received and reviewed the parties' Joint Stipulation, and good cause appearing, the Court hereby ORDERS the following:

1. Plaintiff's opposition to Defendants' motion to dismiss (ECF No. 36) shall be due January 5, 2026.

2. Defendants' brief replying in support of their motion to dismiss shall be due February 9, 2026.

///

///

1     [Proposed] Order on Joint Stipulation Setting Proposed Briefing and Hearing Schedule on Defendants' Motion to Dismiss

**3.** A hearing shall be set for February 23, 2026, or at such a time thereafter as set by this Court.

**4. SO ORDERED.**

DATE: _____

_____
Hon. Christina A. Snyder

**Proof Of Service**

*Triumph Foods v. Rob Bonta*
USDC CENTRAL DISTRICT OF CALIFORNIA CASE NO. 2:25-CV-09063-CAS-AJR

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue, Suite 2850, Los Angeles, CA 90071.

On December 10, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON JOINT STIPULATION SETTING PROPOSED BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 10, 2025, at Los Angeles, California.

*/s/ Monique Lopez*
MONIQUE LOPEZ