Jessica L. Blome
Cal. Bar No. 314898
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorney for Proposed Defendant-Intervenors*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIUMPH FOODS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health, <br><br> Defendants. | Case No: 2:25-cv-09063 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for The Center for a Humane Economy and Animal Wellness Action, two 501(c)(3) non-profit corporations, certifies that there is no party (or parties) that may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

Dated December 15, 2025,                Respectfully submitted,

*/s/ Jessica L. Blome*
Jessica L. Blome
Cal. Bar No. 314898
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com