PATRICIA BALL ALBERTS
CA #229333
L. SCOTT OLIVER
CA #174824
Husch Blackwell LLP
355 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
Telephone: (213) 337-6550
Facsimile: (213) 337-6551
patricia.alberts@huschblackwell.com
scott.oliver@huschblackwell.com

MICHAEL T. RAUPP
CYNTHIA L. CORDES
RYANN A. GLENN
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
cynthia.cordes@huschblackwell.com
ryann.glenn@huschblackwell.com

Attorneys for Plaintiff
TRIUMPH FOODS, LLC

ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General
JAMES R. BOWEN
Deputy Attorney General
State Bar No. 334879
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6079
E-mail: James.Bowen@doj.ca.gov
Attorneys for Defendants
Rob Bonta, Karen Ross, and Erica Pan,
in their Official Capacities

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213)337-6550

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIUMPH FOODS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health,<br><br>Defendants. | Case No. 2:25-CV-09063-CAS-AJR<br><br>**SECOND JOINT STIPULATION SETTING [PROPOSED] BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>The Honorable Christina Snyder |

Plaintiff Triumph Foods, LLC ("Triumph"), along with Defendants Rob Bonta, in his official capacity as Attorney General of California, Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Erica Pan, in her official capacity as Director of the California Department of Public Health (together, "California") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1.    On September 23, Triumph initiated this action challenging Proposition 12 and its regulations. *See* ECF No. 1.

2.    On October 20, 2025, several public interest groups filed a motion to intervene in this litigation. *See* ECF No. 26. These public interest groups include the Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook (together, the "First Group of Intervenors").

3.    On November 19, a separate group of public interest groups filed a motion to intervene in this litigation. *See* ECF Nos. 31–32. These public interest groups include The Center for a Humane Economy and Animal Wellness Action (together, the "Second Group of Intervenors").

4.    On November 25, the Court consolidated the hearings on the two motions to intervene and set them to be jointly heard on January 12, 2026. ECF No. 35.

5.    On December 1, California filed a motion to dismiss the entirety of this action. ECF No. 36. California noticed the hearing for its motion to dismiss to be heard on January 5, 2026. *Id.*

6.    On December 3, 2025, the First Group of Intervenors filed a conditional motion for judgment on the pleadings to dismiss this entire action for the Court's consideration in the event that the Court granted their motion to intervene. ECF No. 37.

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Second Joint Stipulation Setting [Proposed] Briefing and Hearing Schedule on Defendants' Motion to Dismiss

7.    Under Local Rule 7-9, Triumph's opposition to California's motion to dismiss is due January 5, 2026.

8.    For the sake of judicial efficiency, the Parties jointly move to reset briefing deadlines and the hearing on California's motion to dismiss.

9.    The Parties have met and conferred, and propose the following, agreed-on schedule for the briefing on California's motion to dismiss and hearing:

- Plaintiff's opposition to Defendants' motion to dismiss shall now be due January 12, 2026.
- Defendants' brief replying in support of their motion to dismiss shall now be due February 16, 2026.
- A hearing shall be set for March 2, 2026, or at such a time thereafter as set by this Court.

10.    The Parties have previously sought a single extension of the hearing date on California's motion to dismiss and the foregoing briefing schedule, which was granted.  The Parties are seeking a single one-week extension of their respective deadlines.

///
///
///
///
///
///
///
///
///
///
///
///

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA  90071
(213) 337-6550

Second Joint Stipulation Setting [Proposed] Briefing and Hearing Schedule on Defendants' Motion to Dismiss

A proposed order is filed with this Joint Stipulation.

DATED:   December 31, 2025                Respectfully Submitted,

*Attorneys for Triumph Foods, LLC, Plaintiff*

By: */s/ Michael T. Raupp*
    L. SCOTT OLIVER
    CA #174824
    Husch Blackwell LLP
    355 South Grand Avenue, Suite 2850
    Los Angeles, CA 90071
    Telephone: (213) 356-2968
    Facsimile: (213) 337-6551
    scott.oliver@huschblackwell.com

    MICHAEL T. RAUPP
    CYNTHIA L. CORDES
    RYANN A. GLENN
    Husch Blackwell LLP
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Telephone: (816) 983-8000
    Facsimile: (816) 983-8080
    michael.raupp@huschblackwell.com
    cynthia.cordes@huschblackwell.com
    ryann.glenn@huschblackwell.com

*Attorneys for Defendants Rob Bonta, Karen Ross, and Erica Pan, in their Official Capacities*

By: */s/James R. Bowen*
    ROB BONTA
    Attorney General of California
    ANNA FERRARI
    Supervising Deputy Attorney General
    JAMES R. BOWEN
    Deputy Attorney General
    State Bar No. 334879
    300 South Spring Street, Suite 1702
    Los Angeles, CA 90013-1230
    Telephone: (213) 269-6079
    E-mail: James.Bowen@doj.ca.gov

Second Joint Stipulation Setting [Proposed] Briefing and Hearing Schedule on Defendants' Motion to Dismiss

**PROOF OF SERVICE**

_Triumph Food v. Rob Bonta_
USDC CENTRAL DISTRICT OF CALIFORNIA CASE NO. 2:25-CV-09063-CAS-AJR

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is Husch Blackwell LLP, 355 S. Grand Avenue, Suite 2850, Los Angeles, CA 90071.

On December 31, 2025, I served true copies of the following document(s) described as **SECOND JOINT STIPULATION SETTING [PROPOSED] BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 31, 2025, at Los Angeles, California.

_/s/ Laurie Soledad_
LAURIE SOLEDAD

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Second Joint Stipulation Setting [Proposed] Briefing and Hearing Schedule on Defendants' Motion to Dismiss

- 1 -