BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8540
Facsimile: (415) 275-8551

*Counsel for Proposed Defendant-Intervenors*
*Humane World for Animals, Animal Legal*
*Defense Fund, Animal Equality,*
*The Humane League, Farm Sanctuary,*
*Compassion in World Farming, Inc., and Animal*
*Outlook*

REBECCA CARY (CSB No. 268519)
rcary@humaneworld.org
MELISSA ALPERT
malpert@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone: (202) 676-2330
Facsimile: (202) 676-2357

*Counsel for Proposed Defendant-Intervenor*
*Humane World for Animals*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| TRIUMPH FOODS, LLC, | Case No. 2:25-cv-09063-CAS-AJR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health | The Honorable Christina A. Snyder |
| Defendants. | Date: To Be Determined<br>Time: 10:00 am<br>Location: Courtroom 8D<br>Trial Date: None<br>Action Filed: September 23, 2025 |

**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Before this Court is the Motion for Judgment on the Pleadings of Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook. Having considered the papers submitted, and good cause appearing thereof, it is hereby ORDERED that:

Defendant-Intervenors' motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2025          By: _____

Hon. Christina A. Snyder

Judge of the District Court