# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| TRIUMPH FOODS, LLC | 2:25−cv−09063−CAS−AJR |
| Plaintiff(s), | |
| v. | |
| ROB BONTA, et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   3/16/2026

Document No.:   66, 67

Title of Document:   First Amended Complaint

**ERROR(S) WITH DOCUMENT:**

The First Amended Complaints filed on March 16, and March 17, appears to be the same with the exception of 1 page difference. It is unclear why plaintiff filed two separate Amended Complaints.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  March 17, 2026      By:  /s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS