ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General
JAMES R. BOWEN
Deputy Attorney General
State Bar No. 334879
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6079
 E-mail:  James.Bowen@doj.ca.gov
*Attorneys for Defendants*
*Rob Bonta, Karen Ross, and Erica Pan, in their*
*Official Capacities*

*Additional Counsel Listed on Following Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIUMPH FOODS, LLC,**<br><br>                              Plaintiff,<br><br>             **v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and ERICA PAN, in her official capacity as Director of the California Department of Public Health,**<br><br>                              Defendants. | Case No. 2:25-cv-09063-CAS-AJRx<br><br>**JOINT STIPULATION SETTING [PROPOSED] RESPONSIVE PLEADING DEADLINE AND BRIEFING SCHEDULE ON DEFENDANTS' AND INTERVENORS' FORTHCOMING MOTIONS TO DISMISS; CLARIFYING FILING OF AMENDED COMPLAINT**<br><br><br>Courtroom:  8B (8th Floor)<br>Judge:        Hon. Christina A. Snyder<br>Trial Date:   Not Set<br>Action Filed: September 23, 2025 |

PATRICIA BALL ALBERTS
CA #229333
L. SCOTT OLIVER
CA #174824
Husch Blackwell LLP
355 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
Telephone: (213) 337-6550
Facsimile: (213) 337-6551
patricia.alberts@huschblackwell.com
scott.oliver@huschblackwell.com

MICHAEL T. RAUPP
CYNTHIA L. CORDES
RYANN A. GLENN
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
cynthia.cordes@huschblackwell.com
ryann.glenn@huschblackwell.com

Attorneys for Plaintiff
TRIUMPH FOODS, LLC

BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES &
CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8540
Facsimile: (415) 275-8551
*Counsel for Defendant-Intervenors
Humane World for Animals, Animal
Legal Defense Fund, Animal Equality,
The Humane League, Farm
Sanctuary, Compassion in World
Farming, Inc., and Animal Outlook*

REBECCA CARY (CSB No. 268519)
rcary@humaneworld.org
MELISSA ALPERT
malpert@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone: (202) 676-2330
Facsimile: (202) 676-2357

*Counsel for Defendant-Intervenor
Humane World for Animals*

Jessica L. Blome
Cal. Bar No. 314898
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorney for Defendant-Intervenors,
The Center for a Humane Economy
and Animal Wellness Action*

1

Defendants Rob Bonta, in his official capacity as Attorney General of California, Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Erica Pan, in her official capacity as Director of the California Department of Public Health (together, "Defendants"), along with Plaintiff Triumph Foods, LLC ("Triumph"), Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook (together, "First Group of Intervenors") and Defendant-Intervenors The Center for a Humane Economy and Animal Wellness Action (together, "Second Group of Intervenors") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On September 23, 2025, Triumph initiated this action challenging Proposition 12 and its regulations. *See* Dkt. No. 1.

2. On October 20, 2025, several public interest groups filed a motion to intervene in this litigation. *See* Dkt. No. 26. These public interest groups include the Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook (the First Group of Intervenors).

3. On November 19, 2025, a separate group of public interest groups filed a motion to intervene in this litigation. *See* Dkt. Nos. 31-32. These public interest groups include The Center for a Humane Economy and Animal Wellness Action (the Second Group of Intervenors).

4. On December 1, California filed a motion to dismiss the entirety of this action pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 36.

5. On January 12, 2026, the Court granted the First and Second Group of Intervenors' respective motions to intervene, following a joint hearing on both motions held on the same date. Dkt. No. 47.

6.    Following the Court's order granting the intervention motions, the First and Second Groups of Intervenors re-noticed motions previously filed as proposed motions in the event the Court granted their motions to intervene. The First Group of Intervenors filed a proposed answer and motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), which also sought dismissal of the complaint in its entirety under Rules 12(b)(1) and 12(b)(6). Dkt. No. 49. The Second Group of Intervenors filed a motion to dismiss the complaint in its entirety pursuant to Rules 12(b)(1) and 12(b)(6). Dkt. No. 50.

7.    On March 2, 2026, the Court held a consolidated hearing on California's motion to dismiss, the First Group of Intervenors' motion for judgment on the pleadings, and the Second Group of Intervenors' motion to dismiss. Dkt. No. 62.

8.    On March 3, 2026, the Court issued an order resolving these motions. *Id.* The Court's order dismissed Triumph's preemption claims based on the Federal Meat Inspection Act and Import-Export Clause of the Constitution with prejudice. *Id.* at 29. The Court's order also dismissed Triumph's dormant Commerce Clause claim based the "lead time" theory with prejudice, but dismissed the claim without prejudice to the extent it was based on the "slaughterhouse exception." *Id.* The Court dismissed Triumph's Due Process Clause claim without prejudice. *Id.*

9.    The Court granted Triumph leave to amend the claims dismissed without prejudice as described in the order. *Id.* The Court directed Triumph to file an amended complaint within 14 days. *Id.*

10.   Triumph timely filed a first amended complaint on March 16, 2026. (Dkt. 66.) Triumph filed a corrected first amended complaint as soon as possible on the morning of March 17, 2026, intending to replace Dkt. 66 with Dkt. 67 per the instructions provided on the Court's website. All parties agree that Dkt. 67 is the timely, operative first amended complaint for this proceeding.

11. Under Federal Rule of Civil Procedure 15(a)(3), Defendants and the First and Second Group of Intervenors must respond to the first amended complaint within 14 days of filing, or on March 31, 2026.

12. For the sake of judicial efficiency as well as the obligations and unavailability of counsel on certain dates, the Parties jointly move to set the responsive pleading deadlines as well as the following briefing schedule and hearing dates, to the extent California and/or the First and Second Group of Intervenors file motions to dismiss.

13. California and Triumph previously sought an extension of the hearing date on California's motion to dismiss the initial complaint and the briefing schedule on that motion, which was granted. (Dkt. 40.) California and Triumph also sought one extension for a single week of those deadlines, which was also granted. (Dkt. 46.)

14. The Parties have not previously sought to extend the deadlines that are the subject of this Joint Stipulation.

15. The Parties have met and conferred, and propose the following, agreed-upon dates for the responsive pleading deadline and schedule for briefing on California's and the First and Second Group of Intervenors' motions to dismiss and a consolidated hearing on the motions, if any such motions are filed:

- California and the First and Second Group of Intervenors shall respond to the First Amended Complaint by April 14, 2026.

- In accordance with Local Rule 6-1 providing for the notice of motions to be filed with the Clerk no later than 28 days before the date designated for the hearing on such motions, if California and/or the First and Second Group of Intervenors file motions to dismiss, such motions shall be noticed for a hearing date to be held no earlier than June 1, 2026.

- In accordance with Local Rule 7-9 providing for oppositions to be filed no later than 21 days before the date designated for the hearing, Triumph's

3

opposition to California's and/or the First and Second Group of Intervenors' motions to dismiss, if applicable, shall be due <u>May 11, 2026</u>.

- In accordance with Local Rule 7-10 providing for reply briefs to be filed no later than 14 days before the date designated for the hearing, California's and/or the First and Second Group of Intervenors briefs replying in support of their motions to dismiss, if applicable, shall be due <u>May 18, 2026</u>.

16. The Parties further agree and stipulate that, for the sake of clarity on the docket, Triumph's timely filed copy of the first amended complaint at Dkt. No. 66 (filed March 16, 2026) should be stricken and Triumph's timely filed corrective first amended complaint at Dkt. No. 67 (filed March 17, 2026) should be deemed the operative complaint in this case.

A proposed order is filed with this Joint Stipulation.

4

DATED:   March 18, 2026

Respectfully Submitted,

Attorneys for Defendants Rob Bonta, Karen Ross, and Erica Pan, in their Official Capacities

By: /s/ *James R. Bowen*
ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General
JAMES R. BOWEN
Deputy Attorney General
State Bar No. 334879
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6079
E-mail: James.Bowen@doj.ca.gov

Attorneys for Triumph Foods, LLC, Plaintiff

By: /s/ *Ryann A. Glenn*
PATRICIA BALL ALBERTS
CA #229333
L. SCOTT OLIVER
CA #174824
Husch Blackwell LLP
355 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
Telephone: (213) 337-6550
Facsimile: (213) 337-6551
patricia.alberts@huschblackwell.com
scott.oliver@huschblackwell.com
MICHAEL T. RAUPP
CYNTHIA L. CORDES
RYANN A. GLENN
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
cynthia.cordes@huschblackwell.com
ryann.glenn@huschblackwell.com

5

Counsel for Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook, Defendant-Intervenors

By: /s/ *Bruce A. Wagman*
    BRUCE A. WAGMAN (CSB No. 159987)
    bwagman@rshc-law.com
    RILEY SAFER HOLMES & CANCILA LLP
    456 Montgomery Street, 16th Floor
    San Francisco, CA 94104
    Telephone: (415) 275-8540
    Facsimile: (415) 275-8551

Attorney for Defendant-Intervenors, The Center for a Humane Economy and Animal Wellness Action

By: /s/ *Jessica L. Blome*
    Jessica L. Blome
    Cal. Bar No. 314898
    GREENFIRE LAW, PC
    2748 Adeline Street, Suite A
    Berkeley, CA 94703
    (510) 900-9502
    jblome@greenfirelaw.com

**LOCAL RULE 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  March 18, 2026

By: /s/ *James R. Bowen*

JAMES R. BOWEN
Deputy Attorney General
*Attorney for Defendants Rob Bonta,
Karen Ross, and Erica Pan, in their
Official Capacities*